PATRICIA CYMERMAN (California State Bar No. 194709)
LAW OFFICE OF PATRICIA CYMERMAN
433 North Camden Drive, 6th Floor
Beverly Hills, California  90210
Telephone:   (310) 925-7071
Telecopier:   (310) 550-1968
E-Mail: prcymerman@gmail.com
Attorneys for Plaintiff

JS-6

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CYMERMAN, an individual doing business as LAW OFFICE OF PATRICIA CYMERMAN,<br><br>         Plaintiffs,<br><br>    vs.<br><br>ROBERT D. MANNING, an individual; NEWTONIAN FINANCES, LTD., a Maryland corporation;  DEBTORWISE FOUNDATION, a Delaware non-profit corporation;  RESPONSIBLE DEBT RELIEF INSTITUTE, a Delaware non-profit corporation;  CREDITWISE OF AMERICA, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO. CV13-03217 GW (Ex)<br><br>**JUDGMENT** |

## JUDGMENT

The Parties herein having stipulated and agreed to entry of judgment in the manner and on the terms and conditions set forth in the Stipulation for Entry of Judgment executed by the Parties and filed in this action on May 20, 2013.

It is, THEREFORE, ORDERED ADJUDGED and DECREED by the Court that:

Plaintiff PATRICIA CYMERMAN, an individual doing business as LAW OFFICE OF PATRICIA CYMERMAN, is hereby granted judgment on the Complaint, jointly and severally, against Defendants ROBERT D. MANNING, NEWTONIAN FINANCES, LTD., DEBTORWISE FOUNDATION, RESPONSIBLE DEBT RELIEF INSTITUTE, and CREDITWISE OF AMERICA, INC., in the amount of **$182,756.12**, plus interest at the rate of ten percent (10%) per annum commencing on the date of entry of this judgment, plus Plaintiff's actual fees and costs incurred for the enforcement of this judgment. The Court accepts and reserves continuing jurisdiction to enforce the terms of the parties' Stipulation for Entry of Judgment.

Date: **May 22, 2013**

_____
GEORGE H. WU, U.S. District Judge